FreeStream Capital LLC

4550 Post Oak Place Drive, Houston, TX 77027
Tel: (281) 507 4049 / Fax: (713) 621 1215

10 Charles II Street, St James's, London SW1Y 4AA
Tel: +44 (0)20 7484 2770 / Fax: +44 (0)20 7484 2771



March 11, 2007

Forward Windpower Holdings LLC
11835 Roe Avenue, #150
Leawood, KS 66211

Re: **Forward Wind Project Advisory Agreement: Invoice for Services**

Ladies and Gentlemen:

We refer to (a) that certain letter agreement, dated as of February 25, 2005 (the "Original Agreement"), between Forward WindPower LLC (the "Project Company") and FreeStream Capital LLC ("FreeStream") with respect to the provision of advisory and consultancy services with respect to a possible sale all of the issued and outstanding securities or business or assets of the Project Company, which is developing the Forward Wind Project, a wind energy project to be located in or near Forward, Pennsylvania (the "Project") and (b) that certain letter agreement, dated January 23, 2006 (collectively with the Original Agreement, the "Agreement"), among the Project Company, FreeStream and Forward Windpower Holdings LLC ("Forward Holdings"). Each capitalized term used and not otherwise defined in this letter has the meaning assigned to it in the Original Agreement.

You have recently provided us with what you believe to be the final base case model on which you expect to receive Proceeds. Pursuant to the Agreement, FreeStream is owed a Transaction Fee of 1.75% of the Transaction Value, which is indicated in such model to be $48,815,000. This would result in a Transaction Fee of $854,263. We understand that you expect payment soon of $1,493,000 of Proceeds.

You have requested that FreeStream accept instead 25% of the Proceeds that Forward Holdings expects to receive in the event that FreeStream receives a fee under its advisory arrangement with Generation Resources Holding Company LLC ("GRHC") with respect to the Stonycreek Project. The amount of Proceeds that Forward Holdings expects to receive is

FreeStream Capital LLC is a limited liability company incorporated in the State of Delaware



DEPOSITION
EXHIBIT 119

FreeStream Capital LLC

4550 Post Oak Place Drive, Houston, TX 77027
Tel: (281) 507 4049 / Fax: (713) 621 1215

10 Charles II Street, St James's, London SW1Y 4AA
Tel: +44 (0)20 7484 2770 / Fax: +44 (0)20 7484 2771



an amount equal to $1,493,000, less an amount equal to $242,000 that is owed to the Berks County Community Foundation. The net amount of Proceeds would then be an amount equal to $1,251,000, which would result in a revised Transaction Fee (the "Revised Transaction Fee") of $312,750.

FreeStream is willing to accept the Revised Transaction Fee as so requested by Forward Holdings as long as (a) the amount of transaction fee payable by GRHC to FreeStream in respect of the Stonycreek Project is not less than $541,513 and is paid to FreeStream not later than June 30, 2007, and (b) not later than 7 days after receipt by Forward Holdings of Proceeds, Forward Holdings deposits an amount equal to $541,513 (the "Escrow Amount"), which is the difference between the amount of Transaction Fee payable under the Agreement (i.e., $854,263) and the Revised Transaction Fee that could be payable (i.e., $312,750), in a third-party escrow account pending payment by GRHC to FreeStream of such minimum transaction fee payable no later than June 30, 2007. FreeStream and Forward Holdings must each be satisfied with the terms of such escrow.

Please remit payment of either the Transaction Fee or (if Forward Holdings has delivered to FreeStream documentary evidence of the depositing of the Escrow Amount satisfying the above requirements) the Revised Transaction Fee to the following account:

| | |
|---|---|
| Account Number | 89826675 |
| Sort Code (ABA Routing Number) | 113010547 |
| Bank Details | Compass Bank |
| | 2401 University Blvd |
| | Houston, TX 77005 |
| Bank Phone | 713-867-1111 |
| Account of: | R. Lee Garner III |

Please contact Lee Garner at 281-507-4049 if you have any questions or need anything further. Thank you for your assistance.

With kind regards.

Yours sincerely,

Michael Davies
President

FreeStream Capital LLC is a limited liability company incorporated in the State of Delaware