

# SOMERSET PLANNING & ENGINEERING SERVICES, LLC

1510 Stoystown Road, Friedens, PA 15541 • 814-443-1319 • FAX 443-1368

September [illegible], 2005
Project No. 1059-10

**Method of Transmission**
E-Mail and U.S. Mail

Mr. Jim Ansell
Forward WindPower, LLC
Lookout WindPower, LLC
10 St. Francis Way
Cranberry Twp., PA 16066

Re: Letter Proposal
Timber Rattlesnake Study
Forward and Lookout WindPower Projects
Somerset County, Pennsylvania

Dear Mr. Ansell:

Somerset Planning and Engineering (SP&ES) is pleased to present this proposal for professional services to Forward WindPower, LLC (Forward) and Lookout WindPower, LLC (Lookout) in support of the Forward and Lookout WindPower Projects. This proposal is for provision of a habitat study for Timber Rattlesnakes on both project sites. This proposal provides services as required by the Department of Conservation and Natural Resources (DCNR). The studies will provide services to perform a Phase I evaluation of the project sites for rattlesnake habitat. This study does not meet the requirements for a complete rattlesnake presence study, (three more site trips would be required). However, our objective, should any rattlesnake habitat be defined, is to avoid the habitat with roads and tower sites. The Pennsylvania Fish and Boat Commission (PFBC) is in agreement that avoidance is desirable and precludes the need for additional presence studies.

We will be at the Lookout site on Friday September 23 and at the Forward site on Tuesday September 27. A report of findings will be generated for both sites. It is anticipated that the level of reporting effort for Forward will be significantly less than the Lookout site.

These projects are proposed on a time and expense basis with a not to exceed budget for each site of $4,500.00. This is based upon our subcontractor's not to exceed cost and providing one day of our time per site providing assistance regarding location of roads and turbine sites and coordination of the final site reports. The budgets are created to allow for one day of field study and 3 to 4 days per site for generation of reports plus expenses. Again, I reiterate that we anticipate the Forward site to be significantly under this budget. The Lookout site may approach the budget depending upon the number of den sites. The Lookout site has a probability for rattlesnake habitat.

Upon your review and approval, please indicate your acceptance of this proposal in the space provided below. If you have any questions please contact me.

Sincerely,

Jon A. Wahl

**Approval and Authorization to Proceed**

_____         _____
Authorized Signature                                                    Date

1059-10 Forward & Lookout WindPower Rattlesnake Proposal 9-25-05.doc

## SOMERSET PLANNING AND ENGINEERING SERVICES, LLC
*INVOICE DETAIL SHEET*

Invoice #: 1335
Invoice for: Lookout WindPower, LLC
Client ID #: 1081

Project: Lookout WindPower Project
Project ID #: 10
Professional Services for: Oct-05

**Description of Services:**

**GENERAL CONSULTING**

- Generate revised wind turbine locations based upon most recent wind rose data and spacing requirement per client. Revise access road locations and generate new coordinates for each site. Provide new layout to client.

- Prepare and submit Cultural Resource Notice, Pennsylvania Historical Museum Commission Notice per requirements for Individual NPDES Permit.

- Provide FAA responses.

| Item | Hours | Rate | Amount |
|---|---|---|---|
| Technician | | 42 | $ - |
| Eng. Designer | | 55 | $ - |
| CAD Operator | 5 | 42 | $ 210.00 |
| Prof. Engineer | 10 | 70 | $ 700.00 |
| Proj. Manager | | 85 | $ - |
| Clerical | 1.5 | 30 | $ 45.00 |
| Expenses | | | |
| Invoice this Month: | | | $ 955.00 |

*PA Historic & Museum Commission Activities*

## SOMERSET PLANNING AND ENGINEERING SERVICES, LLC
*INVOICE DETAIL SHEET*

Invoice #: 1353
Invoice for: Lookout WindPower, LLC
Client ID #: 1061

Project: Lookout WindPower Project
Project ID #: 10
Professional Services for: Nov-05

Description of Services:

**GENERAL CONSULTING**

- WTG stakeout using hand held GPS - per verbal quote of $500.00 - (Fred Brant 6.5 hours as shown was for stakeout)
- Meeting with Jim Ansell and Allen Becker on-site to review WTG locations.
- Review aerial extents of Boyer property with Denny May.
- Set up drawings in NAD27 and revise the coordinate system, to correct for inaccuracy in USGS datum.
- Provide revised coordinates to Allen Becker.

| Item | Hours | Rate | Amount |
|---|---|---|---|
| Technician | | 42 | $ - |
| Eng. Designer | 6.5 | 55 | $ 357.50 |
| CAD Operator | 1.5 | 42 | $ 63.00 |
| Prof. Engineer | 14.5 | 70 | $ 1,015.00 |
| Proj. Manager | | 85 | $ - |
| Clerical | 0.5 | 30 | $ 15.00 |
| Expenses | | | $ 12.16 |
| Invoice this Month: | | | $ 1,462.66 |

*Wind Resource Assessment Support*



30 November 2005

Mr. William M. Stevens
Mr. Jim Ansell
Generation Resources Holding Company, LLC
11835 Roe Avenue, #151
Leawood, KS 66211

INVOICE FOR METEOROLOGICAL CONSULTING SERVICES
NOVEMBER 2005

Dear Bill:

For Allen Becker's site visit to the three Pennsylvania projects, plus initial updating of the wind analyses.

| | |
|---|---:|
| R. L. Simon, 0 hours @ $150/hour | $0.00 |
| D. F. Matson, 0 hours @ $130/hour | 0.00 |
| A. J. Becker, 21 hours @ $130/hour | 2730.00 |
| J. M. Gawrych, 2 hours @ $100/hour | 200.00 |
| Telephone, copies, fax, postage, shipping | 0.00 |
| Airfare | 672.90 |
| **AMOUNT DUE:** | **$3602.90** |

Thank you,

*Richard L. Simon*

Attachment